UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X     **07-CV-3630**
DWIGHT MONROE, on behalf of himself
individually and all others similarly
situated,

            Plaintiff,

  -against-     **RULE 7.1 DISCLOSURE**

TOTAL CREDIT RECOVERY USA GROUP, INC.

            Defendant.
- - - - - - - - - - - - - - - - - - -X

    Defendant, Total Credit Recovery USA Group, Inc., by its attorney, Arthur Sanders, alleges that the defendant has no publicly traded parent companies.

Dated:  Spring Valley, New York
       June 7, 2007

                                      _/S/_____
                                      ARTHUR SANDERS, ESQ. (AS-1210)
                                      Attorney for defendant
                                      2 Perlman Drive – Suite 301
                                      Spring Valley NY 10977-5230
                                      845-352-7272


TO:  NOVLETTE R. KIDD, ESQ. (NK-2552)
     Fagenson & Puglisi
     Attorney for plaintiff
     450 Seventh Avenue – Suite 3302
     New York NY 10123