# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Novlette R. Kidd, Esq.
Fabenson & Puglisi


_/S/_____
ARTHUR SANDERS