UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

DWIGHT MONROE, on behalf of himself         07 CV 3630
individually and all others similarly
situated consumers,

                    Plaintiff,         ANSWER TO
                                        COMPLAINT
    - against -

TOTAL CREDIT RECOVERY USA GROUP, INC.,

                    Defendant.         Judge Berman

- - - - - - - - - - - - - - - - - -X

    Defendant, TOTAL CREDIT RECOVERY USA GROUP, INC., by its attorney Arthur Sanders, as and for its answer to the complaint of plaintiff, alleges as follows:

    1.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in Paragraph "1" of the complaint.

    2.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegation contained in Paragraph "2" of the complaint.

    3.    Defendant admits the allegation contained in Paragraph "3" of the complaint.

    4.    Defendant admits the allegation contained in Paragraph "4" of the complaint.

    5.    Defendant denies knowledge or information sufficient

to form a belief with respect to the truth of the allegation contained in Paragraph "5" of the complaint.

6.  Defendant admits sending correspondence to plaintiff but otherwise denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "6" of the complaint.

7.  Defendant admits the allegation contained in Paragraph "7" of the complaint.

8.  Defendant admits the allegation contained in Paragraph "8" of the complaint.

9.  Defendant denies the allegation contained in Paragraph "9" of the complaint.

10. Defendant denies the allegation contained in Paragraph "10" of the complaint.

11. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "11" of the complaint.

12. Defendant denies the allegation contained in Paragraph "12" of the complaint.

13. Defendant denies the allegation contained in Paragraph "13" of the complaint.

14. Defendant denies the allegation contained in Paragraph "14" of the complaint.

15. Defendant denies knowledge or information sufficient to

form a belief with respect to the truth of the allegation contained in Paragraph "15" of the complaint.

16. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "16" of the complaint.

17. Defendant denies the allegation contained in Paragraph "17" of the complaint.

18. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "18" of the complaint.

19. Defendant denies the allegation contained in Paragraph "19" of the complaint.

20. Defendant denies the allegation contained in Paragraph "20" of the complaint.

21. Defendant denies the allegation contained in Paragraph "21 of the complaint.

22. Defendant denies the allegation contained in Paragraph "22" of the complaint.

23. Defendant denies the allegation contained in Paragraph "23" of the complaint.

24. Defendant denies the allegation contained in Paragraph "24" of the complaint.

25. Defendant denies the allegation contained in Paragraph "25" of the complaint.

WHEREFORE, defendant, TOTAL CREDIT RECOVERY USA GROUP, INC., requests Judgment dismissing the complaint with prejudice and denying all requested relief therein, together with such other and further relief as the Court deems just and proper, including costs and reasonable attorneys' fees.

Dated:   Spring Valley, New York
         June 7, 2007

                                                                              /S/_____
                                              ARTHUR SANDERS, ESQ. (AS-1210)
                                              Attorney for defendant
                                              2 Perlman Drive – Suite 301
                                              Spring Valley NY 10977-5230
                                              845-352-7272

TO:   NOVLETTE R. KIDD, ESQ. (NK-2552)
      Fagenson & Puglisi
      Attorney for plaintiff
      450 Seventh Avenue – Suite 3302
      New York NY 10123