UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DWIGHT MONROE, on behalf of himself
individually and all others similarly situated,

                    Plaintiff,   :   07 Civ. 3630 (RMB)

      -against-   :   **ORDER OF DISCONTINUANCE**

TOTAL CREDIT RECOVERY
USA GROUP, INC.,

                    Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Based on Defendant's letter dated June 29, 2007, advising the Court that the parties have reached a settlement, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The Court hereby vacates the conference scheduled for July 3, 2007.

**SO ORDERED.**

Dated: New York, New York
         June 29, 2007

*/s/ Richard M. Berman*

Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07